# CONSENT TO SUE

I represent that I worked as a Security Guard and Fire Safety Director for Harvard Protection Services LLC at some time between February 8, 2007 and the present. I worked in excess of 40 hours per week and was not properly compensated for overtime. I hereby consent to be a plaintiff in the lawsuit named <u>Vito Gambino v. Harvard Protection Services LLC</u>. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act and New York Labor Law for unpaid overtime, unpaid travel time, liquidated damages, attorney's fees, costs, and other relief, against the defendant.

I authorize Valli Kane & Vagnini LLP, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by Valli Kane & Vagnini LLP without prepayment of attorney's fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that Valli Kane & Vagnini LLP may petition the court for an award of fees and costs to be paid by defendant on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the defendant or a percentage of the total settlement or judgment amount (including fees).

Dated: 3-23-11          Signature: _John W.G._

Name: Johnnie W. Green

Address:

Phone: _

Mail this form by March 29, 2011 to:

Valli Kane & Vagnini LLP
600 Old Country Road
Suite 519
Garden City, New York 11530